Arthur E. BERKELEY,
Plaintiff–Appellant,

v.

Larry MASSANARI, Acting Commis-
sioner of Social Security Adminis-
tration, Defendant–Appellee.

No. 00–2334.

United States Court of Appeals,
Fourth Circuit.

Submitted April 24, 2001.

Decided May 10, 2001.

J. Lynn Bishop, Charlotte, NC, for ap-
pellant. Mark T. Calloway, United States
Attorney, Joseph L. Brinkley, Assistant
United States Attorney, Charlotte, NC, for
appellee.

Before MOTZ, TRAXLER, and
GREGORY, Circuit Judges.

PER CURIAM.

Arthur E. Berkeley appeals the district
court's order upholding the administrative
law judge's denial of Social Security dis-
ability benefits. We have reviewed the
record and the district court's opinion ac-
cepting the recommendation of the magis-
trate judge and find no reversible error.
Accordingly, we affirm on the reasoning of
the district court. *Berkeley v. Apfel,* No.
CA–00–6–3–MU (W.D.N.C. Sept. 8, 2000).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*